**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WIRELESS MONITORING SYSTEMS LLC, § § § Plaintiff, § § vs. § SKYLINK TECHNOLOGIES INC. § § Defendant § § | Case No: 2:16-cv-1240-JRG-RSP |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Wireless Monitoring Systems LLC's unopposed motion to dismiss without prejudice Defendant pursuant to Fed. R. Civ. P. 41 (a)(1)(a)(ii).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Skylink Technologies, Inc. are dismissed without prejudice with each party to bear its own fees and costs.

**SIGNED this 12th day of March, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE